[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12053
Non-Argument Calendar
_____

D.C. Docket No. 8:10-cr-00045-SCB-TGW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RESHON D. WHITTAKER,
a.k.a. Bookie,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 19, 2014)

Before HULL, MARCUS and FAY, Circuit Judges.

PER CURIAM:

John Badalamenti, appointed counsel for Reshon D. Whittaker in this appeal on resentencing, has moved to withdraw from further representation of Whittaker and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals counsel's assessment of the relative merits of the appeal is correct.  Because independent examination of the full record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Whittaker's sentences are **AFFIRMED**.